# United States District Court for the Northern District of Illinois

Case Number: 08CV1430         Assigned/Issued By: J. N.

Judge Name: SHADUR           Designated Magistrate Judge: ASHMAN

---

## FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                Receipt #: 2602323

Date Payment Rec'd: 3-10-08     Fiscal Clerk: J. N.

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __3-10-08__ as to __ALL DEFENDANTS__
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm      03/14/05