UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD GRUNAUER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1430 |
| | ) | |
| KOMATSU FORKLIFT U.S.A. and | ) | |
| AUTOMOBILE MECHNICS LOCAL 701, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Michael T. Smith
      Law Offices of Michael T. Smith
      440 West Irving Park Road
      Roselle, IL  60172

**PLEASE TAKE NOTICE** that on Tuesday, April 15, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, Defendant Komatsu Forklift U.S.A. shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in Room 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Defendant's Motion for an Extension of Time to Answer or Otherwise Plead, a copy of which is herewith served upon you.

Dated: April 9, 2008                     Respectfully submitted,

                                         KOMATSU FORKLIFT, U.S.A.

                                         By: _/s/ John F. Kuenstler___
                                            One of its Attorneys

John F. Kuenstler, ARDC #6216396
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois  60606-2833
(312) 357-1313
(312) 759-5646 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 9, 2008, I electronically filed the foregoing Defendant's Motion For Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


_/s/ John F. Kuenstler_
John F. Kuenstler

458924v1