UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD GRUNAUER, | ) | |
| | ) | |
| | ) | Case No. 08 C 1430 |
| Plaintiff, | ) | |
| | ) | Judge Shaudr |
| vs. | ) | |
| | ) | |
| Komatsu Forklift U.S.A. and Automobile | ) | |
| Mechanics Local 701, | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF MOTION

TO:  Michael Smith                                   Mr. John F. Kuenstler
     440 W. Irving Park Road                  Barnes & Thornburg LLP
     Roselle, Illinois 60172                        Suite 4400
                                                                 One North Wacker Drive
                                                                 Chicago, IL 60606

     PLEASE TAKE NOTICE that on April 15, 2008, at 9:15 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge Shadur in Room 2303, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Defendant's Motion for Extension of Time.

                                                   /Sherrie E. Voyles
                                                   Sherrie E. Voyles

JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## CERTIFICATE OF SERVICE

     I, Sherrie E. Voyles, an attorney, certify that I served a copy of Defendant's Motion for Extension of Time upon the above named individuals by electronic service this 9th day of April, 2008.

                                                 /Sherrie E. Voyles
                                                 Sherrie E. Voyles

Case 1:08-cv-01430   Document 15   Filed 04/09/2008   Page 2 of 2