UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Edward Grunauer
                              Plaintiff,

v.                                           Case No.: 1:08−cv−01430
                                             Honorable Milton I. Shadur

Komatsu Forklift U.S.A., et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 10, 2008:

    MINUTE entry before Judge Honorable Milton I. Shadur:Defendant Komatsu's Motion for extension of time to answer or otherwise plead to and including April 23, 2008 [11] is granted.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.